# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ERIC THOMAS, | ) | No. CV 09-3928-JFW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: December 17, 2009

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE